RECEIVED
SEP 26 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KRISTY SAPP, ET AL., Plaintiffs | CIVIL ACTION NO. 1:16-CV-00354 |
| VERSUS | CHIEF JUDGE DRELL |
| NATIONAL CASUALTY CO., ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Remand (Doc. 8) filed by Plaintiff Kristy Sapp, individually and on behalf of her minor children, is GRANTED, and that this lawsuit is REMANDED to the Eighth Judicial District Court for the Parish of Winn, State of Louisiana.

THUS ORDERED AND SIGNED in Alexandria, Louisiana, on this 25 day of September, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT